KEVIN K. CHOLAKIAN (S.B. #103423)
COLIN R. HATCHER (S.B. #218526)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
5 Thomas Mellon Circle, Suite 105
San Francisco, CA 94134
Phone: (415) 467-8200
Fax: (415) 467-8206

Attorneys for Defendants
RALPH W. WHEELWRIGHT and
HARRISON TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LEE McINTYRE and ALBERT ANTHONY McINTYRE,<br><br>Plaintiffs,<br><br>vs.<br><br>RALPH W. WHEELWRIGHT, HARRISON TRANSPORTATION, INC. and DOES 1-100,<br><br>Defendants. | CASE NO. CIV-F-04-6277 OWW LJO<br><br>**ORDER**<br>**RE: STIPULATION BY THE PARTIES TO AMEND THE AMENDED JOINT SCHEDULING REPORT OF JANUARY 4, 2005** |

The court has reviewed the Stipulation by and between Plaintiffs KATHY LEE McINTYRE and ALBERT ANTHONY McINTYRE and Defendants RALPH W. WHEELWRIGHT and HARRISON TRANSPORTATION, INC, and the accompanying Declarations by the parties, requesting that the Amended Joint Scheduling Report of January 4, 2005, adopted by the court in its Scheduling Conference Order of January 12, 2005, be amended.

Good cause having been found, the parties' request to amend the Amended Joint Scheduling Report of January 4, 2005 is hereby GRANTED.

The following amendments are hereby made to the Amended Joint Scheduling Report:

1) The Parties shall disclose expert witnesses, in writing, on or before November 30, 2005;

2) Any supplemental expert disclosures shall be made on or before December 15, 2005.

3) The Parties shall complete all non-expert discovery on or before January 1, 2006;

4) Motions to compel non-expert discovery shall be filed no later than 10 days after the date of the non-expert discovery cut-off, namely by January 11, 2006;

5) The Parties shall complete all expert discovery on or before February 1, 2006;

6) Motions to compel expert discovery shall be filed no later than 10 days after the date of the discovery cut-off, namely by February 11, 2006;

7) All pre-trial disclosures shall be completed by January 28, 2006.

Dated: ____August 24, 2005_____

____/s/ OLIVER W. WANGER_____

Oliver W. Wanger
UNITED STATES DISTRICT JUDGE