IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LEE McINTYRE, et al., | CASE NO. CV-F-04-6277 OWW LJO |
| Plaintiffs, | **ORDER ON DEPOSITIONS OF DEFENSE WITNESSES** |
| vs. | |
| RALPH W. WHEELWRIGHT, et al, | |
| Defendants. | |

In this motor vehicle collision action, numerous disputes arose during the October 17, 2005 deposition of defendant Ralph W. Wheelwright ("Mr. Wheelwright") to prevent the completion of Mr. Wheelwright's deposition and that of defense witness Steven Harrison ("Mr. Harrison") also set for October 17, 2005. Mr. Wheelwright had traveled from Southern California and Mr. Harrison had traveled from Utah for depositions which were anticipated to be completed on October 17, 2005 at the San Francisco office of Kevin K. Cholakian ("Mr. Cholakian"), counsel for Mr. Wheelwright and defendant Harrison Transportation, Inc (collectively "defendants").

The parties' counsel agreed to address their disputes by a telephone conference with the Court and without filing formal discovery motion papers. This Court reviewed the entire transcript of Mr. Wheelwright's October 17, 2005 deposition and other papers submitted by the parties. This Court conducted a November 23, 2005 telephone conference on the record to address the disputes. Plaintiffs Kathy Lee McIntyre and Albert Anthony McIntyre appeared by telephone by counsel Rodney C. Haron

("Mr. Haron"). Defendants appeared by telephone by Mr. Cholakian.

On the basis of good cause this Court ORDERS that:

1. Mr. Wheelwright's further deposition and Mr. Harrison's deposition will be conducted in this Court's jury room (Dept. 6) on a date to be set by this Court. The parties' counsel will meet and confer on a date for the depositions after Mr. Cholakian has determined Mr. Wheelwright and Mr. Harrison's availability. No later than November 28, 2005, Mr. Haron will telephone Gary Green at 498-7322 to inform the Court of the date of the depositions. If Mr. Haron and Mr. Cholakian do not agree on a date for the depositions, this Court will select a date.

2. Mr. Wheelwright's further deposition will be limited to no more than two hours. Mr. Harrison's deposition will be limited to no more than four hours.

3. Mr. Haron will pay for Mr. Wheelwright's costs to travel for his further deposition. Mr. Haron and Mr. Cholakian will split equally Mr. Harrison's costs to travel for his deposition. Mr. Cholakian will pay for his costs to travel to the depositions. Mr. Haron will pay court reporter expenses for Mr. Wheelright and Mr. Harrison's depositions.

4. This Court will be available during Mr. Wheelwright and Mr. Harrison's depositions to address disputes. When a dispute arises, each party will provide this Court legal grounds for its respective position. This Court will make rulings, address the good faith of the parties' positions, and assess sanctions, if warranted.

5. After the selection of a further date for Mr. Wheelwright's further deposition and Mr. Harrison's deposition, this Court will address extensions of the November 30, 2005 expert disclosure and February 1, 2006 expert discovery cutoff.

IT IS SO ORDERED.

**Dated:   November 23, 2005**          /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE