IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY LEE McINTYRE, et al., | CASE NO. CV-F-04-6277 OWW LJO |
| Plaintiffs, | **FURTHER ORDER ON DEPOSITIONS OF DEFENSE WITNESSES** |
| vs. | |
| RALPH W. WHEELWRIGHT, et al, | |
| Defendants. | |

In this motor vehicle collision action, this Court issued its November 23, 2005 order to require the parties' counsel to meet and confer to arrange a date for the further deposition of defendant Ralph W. Wheelwright ("Mr. Wheelwright") and the deposition of defense witness Steven Harrison ("Mr. Harrison"). This Court further ordered plaintiffs' counsel Rodney C. Haron ("Mr. Haron"), no later than November 28, 2005, to inform this Court of the date of the depositions. The parties' counsel did not agree on a date for the depositions, and this Court conducted a November 30, 2005 telephone conference to address the depositions. Plaintiffs Kathy Lee McIntyre and Albert Anthony McIntyre appeared by telephone by Mr. Haron. Defendants Mr. Wheelwright and Harrison Transportation, Inc. appeared by telephone by counsel Kevin Cholakian.

After consideration of the parties' positions in writing and by telephone and on the basis of good cause this Court ORDERS that:

   1.   Mr. Wheelwright's further deposition of no more than two hours will be conducted in

       this Court's jury room (Dept. 6) on December 8, 2005 as close to 2 p.m. as possible, unless otherwise arranged with this Court.

2.    Mr. Harrison's deposition of no more than four hours will be conducted in this Court's jury room (Dept. 6) on December 19, 2005. The parties' counsel will contact the Court at (559) 498-7322 to inform the Court of the time of Mr. Harrison's deposition.

3.    Prior to Mr. Wheelwright's further deposition, defendants will search for and produce additional photographs, not previously produced, and which appear on the roll of film on the camera used by Mr. Wheelwright to photograph the subject accident scene. Defendants will also produce the envelop, if any, for development of the film.

4.    The initial expert disclosure is reset to January 3, 2006, and the supplemental expert disclosure is reset to January 10, 2006. The expert discovery cutoff is reset to February 3, 2006. The January 23, 2006 pretrial conference and February 28, 2006 trial shall remain as originally set.

On a further matter, this Court reviewed portions of Mr. Wheelwright's deposition provided by Mr. Haron regarding location of log books. This Court issues no order regarding the log books.

IT IS SO ORDERED.

**Dated:   November 30, 2005**                **/s/ Lawrence J. O'Neill**
66h44d                UNITED STATES MAGISTRATE JUDGE