```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA


KATHY McINTYRE, et al.,         )
                                )
              Plaintiff,        )      1:04-cv-6277 OWW LJO
                                )
     v.                         )
                                )
RALPH WHEELRIGHT,               )      ORDER DISMISSING ACTON
et al.,                         )
                                )
              Defendant         )
_____)
```

     Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   September 12, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

1